**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| TRAXCELL TECHNOLOGIES, LLC, ) | |
| ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2:17-cv-00044-RWS-RSP |
| ) | |
| v. ) | |
| ) | |
| NOKIA SOLUTIONS AND NETWORKS ) | **JURY TRIAL DEMANDED** |
| OY and ) | |
| NOKIA SOLUTIONS AND NETWORKS ) | |
| US LLC, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANTS' NOTICE OF COMPLIANCE

Defendants Nokia Solutions and Networks OY and Nokia Solutions and Networks US

LLC hereby notify the Court that on August 9, 2017, they served all counsel of record, via

electronic mail, with their Initial Disclosures.

Dated:  August 10, 2017

Respectfully submitted,

*/s/ Michael E. Jones*
David A. Nelson
davenelson@quinnemanuel.com
Nathan Hamstra
nathanhamstra@quinnemanuel.com
Marc Kaplan
marckaplan@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
191 N. Wacker Dr., Suite 2700
Chicago, IL 60606
(312) 705-7400
(312) 705-7401 (Facsimile)

Michael E Jones
SBN 10929400
POTTER MINTON, PC
110 North College
Suite 500
Tyler, TX 75702
Telephone: 903-597-8311
Facsimile: 903-593-0846
mikejones@potterminton.com

*Attorneys for Defendants NOKIA SOLUTIONS
AND NETWORKS US LLC and NOKIA
SOLUTIONS AND NETWORKS OY*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 10th day of August, 2017. Any other counsel of record will be served by first class mail.

*/s/ Michael E. Jones*